UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARISSA REYES, individually and on behalf of all others similarly situated,

    Plaintiff,

v.      Case No: 2:19-cv-153-FtM-29MRM

WEBCOLLEX, LLC, OLIPHANT FINANCIAL, LLC, and JOHN DOES 1-25,

    Defendants.

**ORDER**

On February 26, 2020, the Court issued an Order (Doc. #34) directing plaintiff to file an Amended Complaint or the case would be closed without further Order or notice. The deadline to file an amended pleading has expired and no Amended Complaint has been filed.

Accordingly, it is hereby

**ORDERED:**

The Clerk shall terminate all deadlines and close the case.

**DONE AND ORDERED** at Fort Myers, Florida, this __11th__ day of March, 2020.

_/s/ John E. Steele_
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of record